**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LINVATEC CORPORATION, a Florida
corporation,

      Petitioner,

v.                                      Case No. 8:06-cv-969-T-24EAJ

ADVANCED ORTHOPEDIC SYSTEMS, INC.
and RANDY CLARKE,

      Respondents.

_____/

**O R D E R**

      This matter comes before the Court on the Stipulated Motion For Order Compelling Arbitration filed by petitioner Linvatec Corporation("Linvatec")(Doc. No. 14).  While the motion is titled as a stipulated motion, the Court notes respondents Advanced Orthopedic Systems, Inc. and Randy Clarke have not made an appearance in this case.  J. Brian O'Donnell, who signed the stipulated motion on behalf of respondents, cannot represent respondents without filing a notice of appearance.  As such, the Stipulated Motion For Order Compelling Arbitration filed by petitioner Linvatec Corporation (Doc. No. 14) is **DENIED WITHOUT PREJUDICE**.

      **DONE AND ORDERED** at Tampa, Florida, this 27th day of July, 2006.

Copies to:

Counsel of Record

                                              SUSAN C. BUCKLEW
                                              United States District Judge