**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LINVATEC CORPORATION, a Florida
corporation,

       Petitioner,

v.                                                               Case No. 8:06-cv-969-T-24EAJ

ADVANCED ORTHOPEDIC SYSTEMS, INC.
and RANDY CLARKE,

       Respondents.

_____/

**O R D E R**

       This matter comes before the Court on the Amended Stipulated Motion For Order Compelling Arbitration filed by petitioner Linvatec Corporation ("Linvatec")(Doc. No. 19).

       The Court previously denied without prejudice Linvatec's Stipulated Motion for Order Compelling Arbitration since respondents Advanced Orthopedic Systems, Inc. and Randy Clarke had not made an appearance in the case (Doc. No. 15).  Additionally, the Court noted that J. Brian O'Donnell, who signed the stipulated motion on behalf of respondents, could not represent respondents without filing a notice of appearance.

       Upon review, the Court finds that the Amended Stipulated Motion for Order Compelling Arbitration must also be denied without prejudice.  The Amended Stipulated Motion for Order Compelling Arbitration is signed by David A. Hoines as local counsel for Advanced Orthopedic Systems, Inc. and Randy Clarke.  However, in a document titled Notice of Appearance, David A.

1

Hoines indicates that he is filing the Notice of Appearance "on behalf of RANDY CLARKE, as local counsel" (Doc. No. 20).  It appears that respondents are represented by non-resident attorneys with David A. Hoines attempting to act as local counsel (Doc. Nos. 19 and 20).  The Court directs respondents attention to Local Rule 2.02 which pertains to non-resident attorneys appearing pro hac vice.

As such, the Amended Stipulated Motion For Order Compelling Arbitration filed by petitioner Linvatec Corporation (Doc. No. 19) is **DENIED WITHOUT PREJUDICE**.  On or before September 22, 2006, respondents shall file appropriate pro hac vice motions and the parties shall file a joint status report regarding the status of this case.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of September, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record

2