**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Linvatec Corporation, a Florida corporation,

    Petitioner,

v.                                            Case No. 8:06-cv-969-T-24EAJ

Advanced Orthopedic Systems, Inc. and
Randy Clarke,

    Respondents.
_____/

## STIPULATED ORDER COMPELLING ARBITRATION

This matter comes before the Court on the Amended Stipulated Motion For Entry Of Order Compelling Arbitration filed by petitioner Linvatec Corporation. Upon review of the motion and being advised that respondents, having been served with Linvatec's Verified Petition For Order Compelling Arbitration, have stipulated to the motion and the relief requested therein, the Court hereby Finds and Orders that:

This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332. The parties have stipulated to the Court's personal jurisdiction over each of them and that venue is proper in this Court.

The Court Orders that respondents shall arbitrate with Linvatec all claims or controversies arising out of the Manufacturer's Representative Agreements (or the breach thereof) between Linvatec and respondent American Orthothepedic Specialties, including without limitation the claims asserted by respondents in *Randy Clark, et al. v. Linvatec Corp., et al.,* No. GIC864610 (Cal. Sup. Ct., Apr. 19, 2006). The arbitration shall be conducted in

accordance with the arbitration provisions of the Manufacturer's Representative Agreements in Tampa, Florida. Respondents shall be responsible for commencing the arbitration proceedings.

This case shall be stayed pending completion of the arbitration proceedings and any further proceedings for enforcement of the arbitration award. The Clerk is directed to administratively close this case and terminate any pending motions.

**DONE AND ORDERED** at Tampa, Florida this 27th day of September, 2006.

SUSAN C. BUCKLEW
United States District Judge

cc:	Counsel of Record